# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alton Sharan Sapp, ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 3:22-cv-00529-RJC-DCK | |
| ) | | |
| vs. ) | | |
| ) | | |
| ) | | |
| District Attorney Charlotte, NC, et al ) | | |
| ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 1, 2022 Order.

November 1, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court